FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 1 9 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                                    DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:12-CR-308-GMN-(PAL) |
| | ) | |
| JOHN OLLER, | ) | |
| Defendant. | ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on March 18, 2013, defendant JOHN OLLER pled guilty to Count One of a One-Count Criminal Indictment charging him with Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1). Criminal Indictment, ECF No. **1**; Plea Agreement, ECF No. **23**.

This Court finds defendant JOHN OLLER agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment and the Plea Agreement. Criminal Indictment, ECF No. **1**; Plea Agreement, ECF No. **23**.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and agreed to in the Plea Agreement and the offense to which defendant JOHN OLLER pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

a.   one (1) Smith & Wesson .357 caliber pistol (bearing manufacturer's serial number CBF8429);

b.   one (1) Ruger .357 caliber pistol (bearing manufacturer's serial number 37-17105);

c.   one (1) Romanian-made model M44 7.62 x 54 millimeter rifle (bearing identifying numbers ET1918); and

b.   any and all ammunition ("property").

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JOHN OLLER in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

. . .

. . .

. . .

1   Michael Humphreys
    Assistant United States Attorney
2   Daniel Hollingsworth
    Assistant United States Attorney
3   Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
4   Las Vegas, Nevada 89101

5       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

6   need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

7   following publication of notice of seizure and intent to administratively forfeit the above-described

8   property.

9       DATED this ___19___ day of ___March___, 2013.

10

11

12                               _____
                                 UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26