Case 2:12-cr-00308-GMN-PAL

# FILED
## UNDER
## SEAL

DANIEL G. BOGDEN
United States Attorney
Tim Vasquez
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

## UNITED STATES DISTRICT COURT
### District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>Plaintiff,                                )<br>                                              )<br>v.                                         )<br>                                              )<br>John OLLER                           )<br>Defendant                            ) | Case No. 2:12-cr-0308-GMN<br><br>PETITION FOR ACTION<br>ON CONDITIONS OF<br><u>PRETRIAL RELEASE</u> |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named material witness prepared by <u>Sandra P. Bustos</u>, Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 13th day of June, 2013.

DANIEL G. BOGDEN
United States Attorney

By _____/s/_____
Tim Vasquez
Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. John OLLER                                                   Docket No. 2:12-cr-00308-GMN

### Petition for Action on Conditions of Pretrial Release

COMES NOW Sandra P. Bustos, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant John Oller, who was placed under pretrial release supervision by U.S. Magistrate Judge, Peggy A. Leen, sitting in the Court at Las Vegas, Nevada, on August 24, 2012, on a Personal Recognizance Bond with the following conditions:

1. Pretrial Services Supervision.
2. Do not possess a medical marijuana card.
3. Refrain from any use of alcohol.
4. Submit to remote alcohol testing and pay for cost.
5. Not be in the presence of anyone using or possessing alcohol.
6. Refrain from the use or possession of illegal controlled substance.
7. Submit to drug monitoring as directed.
8. Refrain from the use or possession of a firearm or destructive device or other dangerous weapon.
9. Comply with terms of probation.
10. Participate in outpatient or inpatient substance abuse treatment and pay for costs.

On December 20, 2012, the following conditions were removed:

1. Refrain from any use of alcohol.
2. Submit to remote alcohol testing and pay for cost

**Respectfully presenting Petition for Action of Court and for cause as follows:**

On May 19, 2013 the defendant failed to report for scheduled drug test.

On May 29, 2013, the defendant failed to report for scheduled drug test.

On June 9, 2013, the defendant failed to report for scheduled drug test.

On June 12, 2013, the defendant failed to report to Pretrial Services as directed.

**PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED BASED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this __14th__ day of June, 2013, and ordered filed and made a part of the records in the above case.

_____
Honorable Gloria M. Navarro
United States District Judge

I declare under penalty of perjury that the information herein is true and correct. Executed on this 13th day of June, 2013.

Respectfully Submitted,

_____
Sandra P. Bustos
United States Pretrial Services Officer

Place: Las Vegas, Nevada