```
_____FILED              _____RECEIVED
_____ENTERED            _____SERVED ON
              COUNSEL/PARTIES OF RECORD

            AUG 1 5 2013

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
      v.                            )      2:12-CR-308-GMN-(PAL)
                                    )
JOHN OLLER,                         )
                                    )
            Defendant.              )

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT JOHN OLLER

On March 19, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), forfeiting property of defendant JOHN OLLER to the United States of America. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 22; Plea Agreement, ECF No. 23; Preliminary Order of Forfeiture, ECF No. 24.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture (ECF No. 24) is final as to defendant JOHN OLLER.

DATED this 15th day of August 2013.

_____
UNITED STATES DISTRICT JUDGE