1
2
3
4
5
6                     **UNITED STATES DISTRICT COURT**
7                           **DISTRICT OF NEVADA**
8  UNITED STATES OF AMERICA,            )
                                        )
9             Plaintiff,                )
                                        )
10     v.                               )   2:12-CR-308-GMN-(PAL)
                                        )
11 JOHN OLLER,                          )
                                        )
12            Defendant.                )

13                         **FINAL ORDER OF FORFEITURE**

14     On March 19, 2013, the United States District Court for the District of Nevada entered a
15 Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United
16 States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) based upon the plea
17 of guilty by defendant JOHN OLLER to the criminal offense, forfeiting the property set forth in the
18 Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United
19 States to have the requisite nexus to the offense to which defendant JOHN OLLER pled guilty.
20 Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 22; Plea Agreement, ECF No. 23;
21 Preliminary Order of Forfeiture, ECF No. 24.

22     This Court finds the United States of America published the notice of forfeiture in accordance
23 with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively
24 from January 24, 2014, through February 22, 2014, notifying all potential third parties of their right to
25 petition the Court. Notice of Filing Proof of Publication, ECF No. 36.
26 . . .

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

  a. one (1) Smith & Wesson .357 caliber pistol (bearing manufacturer's serial number CBF8429);

  b. one (1) Ruger .357 caliber pistol (bearing manufacturer's serial number 37-17105);

  c. one (1) Romanian-made model M44 7.62 x 54 millimeter rifle (bearing identifying numbers ET1918); and

  d. any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

. . .

. . .

. . .

. . .

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

**DATED** this 26th day of March, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individuals were served with copies of the Final Order of Forfeiture on March 25, 2014, by the below identified method of service:

<u>CM/ECF</u>

Ben Nadig
520 South 4th Street
Las Vegas, NV 89101
ben@lasvegasdefenselawfirm.com
Attorney for John Oller

Michael W. Sanft
Sanft Law
520 South 4th Street
Las Vegas, NV 89101
michael@sanftlaw.com
Attorney for John Oller

<u>/s/ Ray Southwick</u>
Ray Southwick
Forfeiture Support Associates Paralegal

4